AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Comcast of S. New England, Inc.

V.

Alvaro Viveiros

**SUMMONS IN A CIVIL CASE**

04 10300

CASE NUMBER:

TO: (Name and address of Defendant)

Alvaro Viveiros
31 John Street
Fall River, MA 02721

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

FEB 1 2 2004
DATE

**Bristol County Deputy Sheriffs' Office** • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631

*Bristol, ss.*                                                                     March 26, 2004

I hereby certify and return that on 3/25/2004 at 09:44 am I served a true and attested copy of the Summons and Complaint, CA Cover Sheet, Corporation Disclosure, in this action in the following manner: To wit, by leaving at the last and usual place of abode of Alvaro Viveiros, 31 John Street Fall River, MA and by mailing first class mail to the above-mentioned address on 3/25/2004. Copies ($4.00), Conveyance ($1.50), Travel ($22.40), Basic Service Fee ($20.00), Postage and Handling ($3.25), Attest Fee ($10.00) Total Charges $61.15

*Deputy Sheriff Dennis Medeiros*                                         *Deputy Sheriff*

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
| --- | --- | --- |
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                     Date                              Signature of Server

                                         _____
                                                 Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.